# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0239. WILLIAM FRANK MCADOO, III v. REBECCA COLLINS MCADOO.

William Frank McAdoo, III, filed this direct appeal of the trial court's final judgment and decree of divorce, which approved and enforced the parties' settlement agreement. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). The appellant's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  09/23/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*